

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                    312-435-5670
**Clerk**

Date: 6/6/22

Re: Winger v. The Quaker Oats Company

USDC Case Number: 22cv2023

Dear Clerk:

Pursuant to the order entered by Honorable **John Robert Blakey**, on 6/6/2, the above record was

   X☐   electronically transmitted to Southern District of New York.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By:     /s/ G. Young
        Deputy Clerk

New Case No. _____        Date _____

cc:     Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016